## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ACI WORLDWIDE CORP., | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CV249 |
| | ) | |
| V. | ) | |
| | ) | |
| CHURCHILL LANE ASSOCIATES, LLC, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on its own motion. As the parties are aware, there are multiple motions pending in this case. The most recent of which was filed yesterday. It is clear, given the issues involved, that the pretrial conference and trial cannot occur as presently scheduled. Therefore, these deadlines will be continued.

**IT IS ORDERED** that the pretrial conference and trial are continued. New dates for the pretrial conference and trial will be established following a ruling on the motions currently pending before the Court. The Clerk of Court is directed to remove the current pretrial conference and trial dates from the Court's calendar.

**DATED December 3, 2015.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**