# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ACI WORLDWIDE CORP., | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CV249 |
| | ) | |
| V. | ) | |
| | ) | |
| CHURCHILL LANE ASSOCIATES, LLC, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Plaintiff's Motion for Leave to File a Supplemental Brief in Connection with its Pending Summary Judgment Motion ([Filing 103](#)) is granted. Plaintiff shall file its Supplemental Brief no later than December 31, 2015. Plaintiff has informed the Court that its Motion for Summary Judgment is ripe for adjudication. ([Filing 102](#).) Therefore, the Court will not address Plaintiff's Motion to Amend Complaint ([Filing 81](#)) at this time.

All discovery motions now pending in this case (Filing Nos. [64](#), [87](#), and [104](#)) will be held in abeyance pending rulings on Plaintiff's Motion for Summary Judgment ([Filing 58](#)) and Defendant's Motion for Partial Summary Judgment ([Filing 30](#)). Also, the deposition deadline and the deadlines for disclosure of fact witnesses and trial exhibits will be reset, if necessary, following those rulings.

**IT IS SO ORDERED.**

DATED December 30, 2015.

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**