IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ACI WORLDWIDE CORP., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 8:14CV249 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| CHURCHILL LANE ASSOCIATES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court after a status conference held with counsel for the parties on April 14, 2017, following the judgment and mandate from the United States Court of Appeals for the Eighth Circuit. The Court directed the parties to submit a joint proposed progression schedule.

At this time, the parties agree that the Court's ruling on ACI's Motion to Amend Complaint (Filing No. 81), filed on November 13, 2015, will determine the scope of any remaining discovery. The parties previously submitted briefs (Filing Nos. 82, 86, and 92) on the Motion to Amend, which was fully submitted as of December 10, 2015. The parties have agreed to submit supplemental briefs in support of and opposition to ACI's Motion to Amend Complaint, and will submit a further proposed progression order to the Court within ten days after it rules on the Motion to Amend. Accordingly,

**IT IS ORDERED:**

1. Churchill shall file a supplemental brief in opposition to ACI's Motion to Amend Complaint on or before May 16, 2017.

2. ACI shall file a response, if any, on or before May 26, 2017.

3. In the event that Churchill determines a reply is necessary, it shall file one on or before June 5, 2017.

4. All pending discovery motions (Filing Nos. 64, 87, and 104) which were held in abeyance by the Court by its Order dated December 30, 2015, will continue to be held in abeyance pending the Court's decision on ACI's Motion to Amend Complaint.

5. Within five days of the Court's ruling on ACI's Motion to Amend Complaint, counsel for the parties shall confer regarding the outstanding discovery motions and whether said motions are to be abandoned in whole or in part, whether they are to be treated as fully submitted, or whether further briefing is necessary. Within ten days of the Court's ruling on ACI's Motion to Amend Complaint, counsel for the parties shall submit a proposed progression order for any remaining discovery and final disposition of the case.

6. ACI's Motion in Limine (Filing No. 96) is moot and shall be deemed abandoned by ACI for the reason that Churchill has indicated it does not intend to call Mr. Clyde as an expert witness at trial.

7. The Clerk of Court is directed to reopen the Motion to Amend Complaint at Filing No. 81 and reset the deadlines in accordance with this Order.

**DATED: May 2, 2017.**

> s/ F.A. Gossett, III
> **United States Magistrate Judge**