IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ACI WORLDWIDE CORP.,

Plaintiff,

vs.

CHURCHILL LANE ASSOCIATES, LLC,

Defendant.

8:14CV249

ORDER

This matter comes before the Court upon the request of the parties for an extension of the deadline set forth in the Court's Order dated May 2, 2017 (Filing No. 120) and Text Order dated August 15, 2017 (Filing No. 128). On August 4, 2017, the undersigned Magistrate Judge entered an Order (Filing No. 126) denying ACI's Motion to Amend Complaint (Filing No. 81). On August 18, 2017, ACI filed Objections to the Magistrate Judge's Order (Filing No. 129). The parties agree that the Court's ruling on ACI's Objections will determine the scope of remaining discovery. Accordingly,

**IT IS ORDERED:**

1. Within five (5) days of the Court's ruling on ACI's Objections (Filing No. 129), counsel for the parties shall confer regarding the outstanding discovery motions and whether said motions are to be abandoned in whole or in part, whether they are to be treated as fully submitted, or whether further briefing is necessary.

2. Within ten (10) days of the Court's ruling on ACI's Objections, counsel for the parties shall submit to the undersigned magistrate judge a proposed progression order for any remaining discovery and final disposition of the case.

DATED this 22nd day of August, 2017

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge