IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ACI WORLDWIDE CORP., | |
|---|---|
| Plaintiff, | |
| vs. | 8:14CV249 |
| CHURCHILL LANE ASSOCIATES, LLC, | **ORDER** |
| Defendant. | |

This matter is before the Court following a Scheduling Conference held with counsel for the parties on September 29, 2017. The Court discussed further scheduling of the case to trial and reviewed both parties' proposed progression orders. The Court also discussed briefing schedules for Churchill's pending Motion to Compel ([Filing No. 135](#)) and a motion for partial summary judgment that ACI anticipates filing on or before October 16, 2017. The Court agreed to extend the parties' response and reply deadlines with regard to the Motion to Compel. Under the circumstances, further case progression deadlines will be set in the order ruling on the Motion to Compel. Accordingly,

**IT IS ORDERED:**

1. ACI shall have an extension of time to October 16, 2017, to file a response to Churchill's Motion to Compel ([Filing No. 135](#)). Churchill may file a reply to the response on or before October 30, 2017.

2. The Court will set the remaining case progression deadlines, including those related to discovery, summary judgment motions, expert disclosures, pretrial disclosures, and motions in limine, and a trial date, after ruling on the Motion to Compel.

DATED this 29th day of September, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge