IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ACI WORLDWIDE CORP., | |
|---|---|
| Plaintiff, | 8:14CV249 |
| vs. | |
| CHURCHILL LANE ASSOCIATES, LLC, | ORDER |
| Defendant. | |

Upon review of the Memorandum and Order (Filing No. 182) denying ACI Worldwide Corp.'s Partial Motion for Summary Judgment (Filing No. 150),

**IT IS ORDERED:**

1. The parties shall meet and confer to attempt to resolve the outstanding discovery issues raised in Churchill Lane Associates' Motion to Compel (Filing No. 135);

2. On or before **February 23, 2018**, the parties shall file a joint status report advising the court what, if any, discovery issues raised in Churchill's Motion to Compel still require court intervention and, if so, whether the parties desire supplemental briefing in light of the Memorandum and Order (Filing No. 182).

DATED this 8th day of February, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge